IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02506-REB-BNB

RANDY KAY McCARTHUR,

Petitioner,

v.

B. DAVIS, Warden,

Respondent.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Request to Submit for Decision** [docket no. 18, filed April 23, 2010] (the "Motion").

  IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  October 29, 2010